# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0823
LT Case Nos. 2015-CF-9732
2015-CF-9733
2015-CF-9737
2015-CF-9785
2015-CF-9846

_____

MICHAEL E. THOMAS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

Michael E. Thomas, Raiford, pro se.

Ashlee Moody, Attorney General, and Zachary Lawton, Assistant
Attorney General, Tallahassee, for Appellee.

October 24, 2023

PER CURIAM.

    AFFIRMED.

WALLIS, BOATWRIGHT, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____